# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2012

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| CARMAN, GREGORY W. | US COURT OF INTERNAT'L TRADE | 5/8/2013 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| JUDGE (ACTIVE) | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2012 to 12/31/2012 |

**7. Chambers or Office Address**

US COURT OF INTERNATIONAL TRADE
ONE FEDERAL PLAZA
NEW YORK, NY 10278-0001

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Member, Board of Directors, Respect For Law Alliance, Inc. | Reporter appointed in 1995 as member B/D, appointed in 1998 as Vice-Chair, and appointed in 1998 (cont'd in Part VIII) |
| 2. | Non-Resident Member, University Club of City of Wash., DC | Reporter, a non-resident Club member for many years, was invited in June 1997 by Club's Board of Governors (cont'd in Part VIII) |
| 3. | Member Emeritus, Exec. Comm.,Theo. Roosevelt American Inn of Court | In 2002 Reporter rejoined Inn as Member, Executive Comm. Member, & President for 2003-04 term (cont'd in Part VIII) |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 1966 | On 11/7/66 reporter joined & continues as member, NYS Employees Retirement System; 1/94 began receiving monthly income benefits which continue to date. |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CARMAN, GREGORY W. | 5/8/2013 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|
| 1. 2012 | NYS Employees Retirement System | $32,774.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2012 | Retirement Pension, NYC Teachers' Retirement System |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CARMAN, GREGORY W. | 5/8/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Wells Fargo Home Mortgage | Mortgage on #287, Farmingdale, NY (See VII, #4) | M |
| 2. | Wells Fargo Home Mortgage | Mortgage on #671, Farmingdale, NY (See VII, #2) | M |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CARMAN, GREGORY W. | 5/8/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. #280, FARMINGDALE, NY | E | Rent | | | Sold | 12/21/12 | N | | W. B. Carman, Jr. |
| 2. #671, FARMINGDALE, NY | E | Rent | N | W | | | | | |
| 3. RIVERHEAD, N.Y. | D | Rent | O | W | | | | | |
| 4. #287, FARMINGDALE, NY | E | Rent | N | W | | | | | |
| 5. #22, JOHNSBURG, NY | D | Rent | M | W | | | | | |
| 6. | | | | | | | | | |
| 7. CAPITAL ONE BANK: | | | | | | | | | |
| 8. Savings #2 | A | Interest | J | T | | | | | |
| 9. Savings #5 | A | Interest | | | Closed | 2/1/12 | J | | |
| 10. Checking #1 | | None | J | T | | | | | |
| 11. Checking #2 | | None | J | T | | | | | |
| 12. Savings #6 | A | Interest | J | T | | | | | |
| 13. | | | | | | | | | |
| 14. CITIBANK ACCOUNTS: | | | | | | | | | |
| 15. MONEY MKT | A | Interest | J | T | | | | | |
| 16. Checking #4 | | None | J | T | | | | | |
| 17. Checking #5 | | None | | | Closed | 12/18/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CARMAN, GREGORY W. | 5/8/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Checking #8 | | None | J | T | | | | | |
| 19. Checking #9 | | None | | | Closed | 12/18/12 | J | | |
| 20. Checking #10 | | None | | | Closed | 12/18/12 | J | | |
| 21. | | | | | | | | | |
| 22. CHASE -- Checking | A | Interest | K | T | | | | | |
| 23. Savings | A | Interest | J | T | | | | | |
| 24. Checking #2 (X) | | None | J | T | Open | 11/21/12 | J | | |
| 25. Checking #3 (X) | | None | J | T | Open | 11/21/12 | J | | |
| 26. Checking #4 (X) | | None | J | T | Open | 12/7/12 | J | | |
| 27. Checking #5 (X) | | None | J | T | Open | 12/7/12 | K | | |
| 28. Checking #6 (X) | | None | J | T | Open | 12/7/12 | J | | |
| 29. | | | | | | | | | |
| 30. RIDGEWOOD SAVINGS BK -- Savings | A | Interest | M | T | | | | | |
| 31. | | | | | | | | | |
| 32. BANK OF AMERICA -Checking | A | Interest | J | T | Closed | 12/31/12 | J | | |
| 33. | | | | | | | | | |
| 34. VANGUARD GROUP, an IRA account, consisting of the following | C | Dividend | L | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CARMAN, GREGORY W. | 5/8/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. - VMMR Prime Portfolio | | | | | Buy (add'l) | 8/3/12 | J | A | From VSP HealthCareAdm. |
| 36. - VMMR Prime Port. (contd) | | | | | Buy (add'l) | 10/16/12 | J | A | From VSP HealthCareAdm. |
| 37. - VSP HEALTH CARE -ADMIRAL Shares | | | | | Sold (part) | 8/3/12 | J | A | To VMMF Prime Port. |
| 38. - VSP Health Care (contd) | | | | | Sold (part) | 10/16/12 | J | A | To VMMF Prime Port. |
| 39. - SMALL CAP INDEX FUND | | | | | | | | | |
| 40. - ENERGY FUND | | | | | | | | | |
| 41. | | | | | | | | | |
| 42. VANGUARD Traditional IRA Brok. A/C consisting of:: | C | Dividend | M | T | | | | | |
| 43. ALCATEL LUCENT | | | | | | | | | |
| 44. MICROSOFT CORP. | | | | | | | | | |
| 45. BANK OF NY | | | | | | | | | |
| 46. IBM | | | | | | | | | |
| 47. PEPSICO | | | | | | | | | |
| 48. CISCO | | | | | | | | | |
| 49. EXXON | | | | | | | | | |
| 50. QUALCOMM | | | | | | | | | |
| 51. AQUA AMERICA | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CARMAN, GREGORY W. | 5/8/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. BANK OF AMERICA | | | | | | | | | |
| 53. BERKSHIRE HATHAWAY | | | | | | | | | |
| 54. PROCTOR & GAMBLE | | | | | | | | | |
| 55. | | | | | | | | | |
| 56. CITIBANK -- (checking) | | None | J | T | | | | | |
| 57. | | | | | | | | | |
| 58. CGM (Citigroup Global Mkts) Cust. IRA | A | Dividend | J | T | | | | | |
| 59. | | | | | | | | | |
| 60. VANGUARD GROUP- IRA A/C consisting of: | A | Dividend | K | T | | | | | |
| 61. Vanguard Fed. MM | | | | | | | | | |
| 62. Vanguard Energy Fund Inv. Shares | | | | | | | | | |
| 63. Vanguard Sel. Value Fund | | | | | | | | | |
| 64. Vanguard Windsor II | | | | | | | | | |
| 65. Vanguard Prime MM | | | | | | | | | |
| 66. | | | | | | | | | |
| 67. VANGUARD Traditional IRA Brok. A/C cons. of:-- | | None | K | T | | | | | |
| 68. Berkshire Hathaway | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CARMAN, GREGORY W. | 5/8/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part I, Line 1: ALLIANCE: . . . as Vice-President for Video Programming. Alliance is a NYS non-profit corporation; position is non-compensated.

Part I, Line 2: UNIVERSITY CLUB: . . . to become an honorary member of club, thereby exempting reporter from annual dues/assessments, as is the Club's common practice for various individuals. Effective 12/31/2008, Reporter tendered his resignation as an honorary member of this club. Effective 1/1/2009, reporter resumed his Non-Resident Status membership.

Part I, Line 3: THEODORE ROOSEVELT AMERICAN INN OF COURT: . . . Inn of Court is a non-profit corporation, formed to foster learning and scholarship in the law, and mentoring program for younger attorneys; all positions are non-compensated. As of 7/2009, reporter assumed status as Member Emeritus of the Executive Committee.

| Name of Person Reporting | Date of Report |
|---|---|
| CARMAN, GREGORY W. | 5/8/2013 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **S/ GREGORY W. CARMAN**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544